# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

W.S.R.

                              Plaintiff,

v.                                                   Case No.: 1:18−cv−04265

                                                                     Honorable Edmond E. Chang

Jefferson B. Sessions III, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 26, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Without objection, the Federal Defendants have moved [8] to reassign Case No. 18 C 4291 under Local Rule 40.4. The cases substantially overlap, both factually (the same Defendants and the same custodial location) and legally (primarily, the interpretation of the Flores Settlement Agreement). So there would be a substantial savings in judicial time and effort, Local Rule 40.4(b)(2), for the same judge to handle both cases, and both cases can be put on the same litigation track with simultaneous court hearings. The motion thus is granted. An initial status hearing is set for 07/11/2018 at 10:45 a.m. Any counsel who wishes to appear by telephone may do so by providing the contact number to the courtroom deputy, Ms. Sandra Brooks (312) 408−5121, by 12 p.m. on the day before. A joint status report is due 07/06/2018. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.