# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| W.S.R., a minor, ) | |
| ) | Civ. No. 18-cv-4265 |
| Plaintiff, ) | |
| ) | Hon. Judge Edmond E. Chang |
| v. ) | |
| ) | |
| JEFFERSON B. SESSIONS III, Attorney ) | |
| General of the United States, *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| C.D.A., a minor, ) | |
| ) | Civ. No. 18-cv-4291, consolidated with |
| Plaintiff, ) | Civ. No. 18-cv-4265 |
| ) | |
| v. ) | Hon. Judge Edmond E. Chang |
| ) | |
| JEFFERSON B. SESSIONS III, Attorney ) | |
| General of the United States, *et al*. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

CDA., a minor, by and through his counsel Bridget Cambria, Jacquelyn Kline, and Karen Hoffmann of Aldea - The People's Justice Center, Amy Maldonado of the Law Office of Amy Maldonado, and Thomas P. Yardley of the Law Firm of Robbins, Salomon & Patt, Ltd. hereby move this Court for a Temporary Restraining Order pursuant to FRCP 65 and in support thereof directs this Court to Plaintiff's Memorandum in Support of Motion for a Temporary Restraining Order.

Respectfully Submitted,

Dated: June 29, 2018  By:  /s/Thomas P. Yardley
Thomas P. Yardley (IL Bar No. 6208239)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle, Ste. 3300
Chicago, IL 60601
Phone: (312) 456-0184
Fax: (312) 782-6690
E-mail: tpyardley@rsplaw.com

Dated: June 29, 2018  By:  /s/Amy Maldonado
Amy Maldonado (IL Bar No. 6256961)
Law Office of Amy Maldonado
333 Albert Avenue, Ste. 610
East Lansing, MI 48823
Phone: (517) 803-2870
Fax: (888) 299-3780
E-mail: amy@amaldonadolaw.com

Dated: June 29, 2018  By:  /s/Karen Hoffmann
Karen Hoffmann (PA Bar No. 323622)
ALDEA – The People's Justice Center
532 Walnut Street
Reading, PA 19601
Phone: (484) 926-2014
Fax: (484) 926-2032
E-mail: karen@aldeapjc.org

Dated: June 29, 2018  By:  /s/Bridget Cambria
*Bridget Cambria (PA Bar No. 205271)
*Jacquelyn Kline (PA Bar No. 307339)
Cambria & Kline, P.C.
532 Walnut Street
Reading, PA 19601
Phone: (484) 926-2014
Fax: (484) 926-2032
E-mail: bridget.cambria@cambriaklinelaw.com
E-mail: jackie.kline@cambriaklinelaw.com

ATTORNEYS FOR THE PLAINTIFF

*Pro hac vice motions forthcoming