## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

W.S.R.

                          Plaintiff,

v.                                            Case No.: 1:18−cv−04265
                                                Honorable Edmond E. Chang

Jefferson B. Sessions III, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2018:

    MINUTE entry before the Honorable Edmond E. Chang: Plaintiffs' unopposed motion for protective order is granted. The Court will undertake a review on how to effectuate the redactions. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.